**IT IS SO ORDERED.**

**Dated: 03:02 PM November 23 2009**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK0905026
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 09-53910 |
| James W. Bailey | Chapter 7 |
| Debtor | Judge Shea-Stonum |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT**<br>**PROPERTY LOCATED AT (24 FRENCH STREET,**<br>**BEREA, OH 44017)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property

1

located at 24 French Street, Berea, OH 44017.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**


/s/ Erin A Jochim, Case Attorney
Ohio Supreme Court #0077062
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3920
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

James W. Bailey - Debtor
2733 Stiegler Road
Valley City, OH 44280
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Earl O. James- Creditor
10207 Clifton Blvd
Cleveland, OH 44102
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Gerald E. Fuerst, Clerk of Courts- Creditor
Justice Center 1st Floor
1200 Ontario Street
Cleveland, OH 44113
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Linda M. Zimina- Creditor
10207 Clifton Blvd
Cleveland, OH 44102
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Michelle R. Bailey, Interested Party
595 Canterbury Ln, Apt A
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

State of Ohio, Department of Taxation- Creditor
c/o Ohio Attorney General Revenue Recovery
150 E. Gay Street, 21st Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Robert S. Thomas, II  - Trustee
One South Main Street, 2nd Floor
Akron, OH 44308
rsttrustee@yahoo.com
VIA ELECTRONIC SERVICE

Vance P. Truman,  Esq.  - Attorney for Debtors

3

689 Layfayette Road
Medina, OH 44256
medinaatty@yahoo.com
VIA ELECTRONIC SERVICE

Worldwide Asset Purchasing II LLC- Creditor
101 Convention Center Dr Ste 850
Las Vegas, NV 89109
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq.
Ohio Supreme Court #0077062
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE